IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| MIRABELLE GARZA,<br>Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | § | C.A. NO. 7:23-CV-00083 |
| CITY OF PHARR,<br>Defendant. | §<br>§<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE HINOJOSA:

Pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, please take notice that the above-styled cause settled on April 24, 2025, between Plaintiff MIRABELLE GARZA and Defendant CITY OF PHARR (hereinafter collectively referred to as the "Parties"). The Parties will file a stipulation of dismissal after the execution of formal settlement documents. Accordingly, the Parties respectfully request that the Court take notice of the settlement of this matter.

Respectfully Submitted,

**DENTON NAVARRO RODRIGUEZ**
**BERNAL SANTEE & ZECH, P.C.**
A Professional Corporation
701 E. Harrison Ave., Ste. 100
Harlingen, TX 78550
(956) 421-4904
(956) 421-3621 (Fax)

By: /s/ Rebecca S. Hayward
REBECCA S. HAYWARD
State Bar No. 24080709
So. Dist. Id No. 1570404
rshayward@rampagelaw.com
YOLANDA JARMON-MORGAN
State Bar No. 24007435

1

So. Dist. Id No. 23578
yjmorgan@rampagelaw.com
**COUNSEL FOR DEFENDANT
CITY OF PHARR**

By: _____
CARLOS E. HERNANDEZ, JR.
State Bar No. 00787681
So. Dist. Id No. 0017022
LAW OFFICES OF JOSE G. GONZALEZ
4129 N. 22nd Street, Ste. 8
McAllen, TX 78504
carlos.hernandezjr@gmail.com
**COUNSEL FOR PLAINTIFF
MIRABELLE GARZA**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the ___30th___ day of ___April___ 2025.

Carlos E. Hernandez, Jr.                                    **By E-Filing Methods**
LAW OFFICES OF JOSE G. GONZALEZ
4129 N. 22nd Street, Ste. 8
McAllen, Texas 78504


/s/ Rebecca S. Hayward
_____
REBECCA S. HAYWARD
YOLANDA JARMON-MORGAN

2