United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| MIRABELLE GARZA,<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No. 7:23-cv-00083 |
| CITY OF PHARR,<br>Defendant. | §<br>§<br>§ | |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**

On this day came to be considered the Joint Stipulation of Dismissal of All Claims with Prejudice by Plaintiff Mirabelle Garza Against Defendant City of Pharr in this cause, which the Court considers a Motion to Dismiss.

Counsel for all parties represent to the Court that, for consideration paid and received, this matter has been settled and compromised to the mutual satisfaction of Plaintiff and the Defendant. After consideration of the Joint Stipulation, and the representations of counsel, the Court finds that all issues as to these particular Parties have been resolved and that this Motion to Dismiss of All Claims with Prejudice should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that all claims and causes of action contained in this litigation brought by Plaintiff against Defendant City of Pharr shall be and are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear their own attorney's fees and costs of court, except as may otherwise be provided in the terms of settlement

Finally, it is ORDERED that any relief not expressly granted is hereby DENIED.

SIGNED this 23rd day of June 2025.

RICARDO H. HINOJOSA
SENIOR U.S. DISTRICT JUDGE